[No. 42945-4-II. Division Two. August 27, 2013.]

MICHAEL SEGALINE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01554-1, Paula Casey, J., entered November 28, 2011. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Penoyar, J., and Van Deren, J. Pro Tem.

[No. 43159-9-II. Division Two. August 27, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. KINNAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00007-0, F. Mark McCauley, J., entered February 21, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Bjorgen, J.; Penoyar, J., dissenting.

[No. 30610-1-III. Division Three. August 27, 2013.]

DEBRA JEAN BLUM, *Appellant*, v. OUR LADY OF LOURDES HOSPITAL AT PASCO, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-2-50761-5, Cameron Mitchell, J., entered January 5, 2012. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 30795-6-III. Division Three. August 27, 2013.]

KEVIN GRUDZINSKI, *Appellant*, v. RANDY GRUDZINSKI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-2-00861-7, John W. Lohrmann, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.